DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRENCE COSGROVE,**
Appellant,

v.

**BARBARA COSGROVE,**
Appellee.

No. 4D20-150

[February 4, 2021]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 2019CA000498.

Jonathan R. Kaplan of Jonathan R. Kaplan, LLC, Jupiter, for appellant.

Kevin M. Rollin, Esq. of Napier & Rollin, PLLC, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***